**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| DANIEL COBBLE, | : | |
| Petitioner, | : | |
| VS. | : | |
| | : | NO. 5:13-CV-253 (MTT) |
| Warden SHEILA OUBRE, | : | |
| Respondent. | : | **O R D E R** |

On July 23, 2013, this Court dismissed without prejudice Petitioner's successive habeas corpus petition (Doc. 7).   This Court also declined to issue Petitioner a Certificate of Appealability ("COA") and determined that he was not entitled to proceed *in forma pauperis* ("IFP") on appeal (Doc. 7).   Petitioner has now filed motions for a COA (Doc. 10) and to proceed IFP on appeal (Doc. 12).   For the reasons set forth in this Court's July 23rd Order, Petitioner's motions are **DENIED**.

SO ORDERED, this 7th day of August, 2013.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

1