IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL COBBLE, | : |
| Petitioner, | : |
| VS. | : |
| | : NO. 5:13-CV-253 (MTT) |
| Warden SHEILA OUBRE, | : |
| Respondent. | : **O R D E R** |

On July 23, 2013, this Court dismissed without prejudice Petitioner's successive habeas corpus petition (Doc. 7). Petitioner has now filed a "Motion for this Court to issue order to say (state waived all procedures courts have blocking all my suits types), due to state violating procedures in 1997(e)(a) 42 U.S.C. …" (Doc. 19). Petitioner's motion is **DENIED**. The code section to which Petitioner refers, of 42 U.S.C. § 1997e(a), applies to civil rights lawsuits, not habeas actions. ***See Watkins v. Haynes***, 445 F. App'x 181, 183-84 (11th Cir. Sept. 9, 2011) ("exhaustion requirement of the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), does not apply to habeas petitions").

**SO ORDERED**, this 23rd day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr